# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| Joseph J. O'Donnell and | : | |
| Cheryl Lovenstein a/k/a Cheryl O'Donnell | : | |
| | : | CASE NO. 21-13132-amc |
| (Debtor) | : | |
| | : | |
| Joseph J. O'Donnell and | : | |
| Cheryl Lovenstein a/k/a Cheryl O'Donnell | : | |
| Debtor(s) /Movant | : | |
| | : | |
| vs. | : | |
| | : | |
| Allied Mortgage Group, Inc. | : | |
| c/o BSI Financial Services, | : | |
| Respondent | : | |
| And | : | |
| Kenneth E. West, Esquire | : | |
| | : | |
| Trustee/Respondent. | : | |

## ORDER APPROVING STIPULATION SETTLING
## THE OBJECTION TO PROOF OF CLAIM

Upon consideration of the Stipulation between Joseph J. O'Donnell and Cheryl Lovenstein a/k/a Cheryl O'Donnell and Allied Mortgage Group, Inc. c/o BSI Financial Services, it is hereby:

ORDERED AND DECREED THAT: The Stipulation in Settlement Agreement between the parties is hereby APPROVED.

**Date: October 14, 2022**

_____
Honorable Ashely M. Chan
UNITED STATES BANKRUPTCY JUDGE